IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MAE F ANDERSON,

    Plaintiff,

v.                                     CASE NO. 1:08-cv-00103-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 17, Report and Recommendation regarding the Complaint, Doc. 1, filed by Mae F. Anderson. The Magistrate Judge has recommended the Commissioner's decision to deny benefits be affirmed. Plaintiff has declined to file any objections to the Recommendation, and the time for doing so has passed.

    None of the objective tests show a back condition severe enough to cause the pain and limitation Plaintiff reports. None of Plaintiff's treating sources have suggested an aggressive treatment plan as would be expected if the condition were as limiting as Plaintiff describes. Further, Drs. Greenberg and Adhami both found her to have normal strength in her lower extremities, normal gait, normal sensation, with no lower back spasm, and thus there is no basis in the record (except the effectively unsupported assessment by Dr. Lamadrid) that would support a finding of significant limitations in the use of her back, legs and feet. Since the ALJ has articulated good cause for rejecting the opinion of Dr. Lamadrid, the remaining record provides substantial evidence to support his findings that nonexertional limitations do not prevent her from a full range of sedentary work.

Thus, there is no merit to this request for relief. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 17, is ADOPTED and incorporated herein.

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this  *17th* day of September, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge